(C.D. 2815)

FRANK P. DOW CO., INC. *v.* UNITED STATES

United States Customs Court, First Division

(Decided November 2, 1966)

Plaintiff not represented by counsel.
*J. William Doolittle*, Acting Assistant Attorney General, for the defendant.

Before OLIVER, NICHOLS, and WATSON, Judges

WATSON, Judge: When this protest was called for trial, motion was made by counsel for the defendant to dismiss the same on the ground that it was untimely filed.

Examination of the official papers herein disclosed that the protest was untimely filed. The motion to dismiss the protest was granted and the same was ordered dismissed.

Judgment will issue accordingly.